UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

               Plaintiff,

vs.

TEAPIGS US LLC,

               Defendant.

------------------------------------------------------------x

Case No.: 1:21-cv-09204-VSB

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Yensy Contreras hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Teapigs US LLC.

DATED:  July 12, 2022               **MIZRAHI KROUB LLP**

                                                           /s/ Edward Y. Kroub
                                                           EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*